thur H. Smith against Alfred L. Faris. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

SMITH, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 21, 1906.) Action by Porter D. Smith, as, etc., against the Lehigh Valley Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents. NASH, J., not sitting. .

---

SMITH et al., Respondents, v. RYAN et al., Appellants. (Supreme Court, Appellate Division, First Department. February 23, 1906.) Action by Mary Smith and others against Michael Ryan and others. E. W. S. Johnston, for appellants. L. H. Hall, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

SMITH, Appellant, v. VILLAGE OF FT. PLAIN, Respondent. (Supreme Court, Appellate Division, Third Department. March 13, 1906.) Action by Isaac E. Smith against the village of Fort Plain. No opinion. Judgment unanimously affirmed, with costs.

---

SNOOK, Respondent, v. FRENCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 17, 1906.) Action by Clinton Snook against Ida L. French, impleaded, etc. No opinion. Judgment affirmed, with costs.

---

In re SNYDER. (Supreme Court, Appellate Division, Second Department. February 27. 1906.) In the matter of the application of Charles C. Snyder for admission to the bar. No opinion. Application granted.

---

SOMBORN, Appellant, v. SOMBORN et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Sarah A. Somborn against Henry G. Somborn and Aaron H. Rosenberg, individually and as executors, etc., of Moses Somborn, deceased. No opinion. Judgment affirmed, with costs.

---

SOOP, Appellant, v. BURHANS, Respondent. (Supreme Court, Appellate Division, Third Department. March 22, 1906.) In the matter of the petition of Henry C. Soop, as agent and attorney of the estate of Thomas Cornell, against Webster H. Burhans. No opinion. Motion denied.

---

SPRING, Respondent, v. RYAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 7, 1906.) Action by T. Davis Spring against Frank M. Ryan. No opin-

ion. Motion to dismiss appeal granted, without costs, unless the appellant shall, within 20 days from the date of service of a copy of the order herein, together with notice of entry thereof, file and serve the printed papers on appeal as provided by rule 41, in which event said motion is denied, without costs.

---

STAGE, Respondent, v. WALDO, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 21, 1906.) Action by Augustus E. Stage against Samuel P. Waldo.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., not sitting.

---

STARKEY, Respondent, v. WEBSTER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Caroline C. Starkey against Howard S. Webster and others. No opinion. Motion for reargument or for leave to appeal to the Court of Appeals denied.

---

STODDARD, Respondent, v. RUSAW, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 10, 1906.) Action by Samuel O. Stoddard against Richard Rusaw.

PER CURIAM. Judgment affirmed, with costs.

HISCOCK, J., not sitting.

---

STOLLARICK, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 13, 1906.) Action by Frank Stollarick against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

STREIMER, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Isidor Streimer against Isaac Cohen. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

---

STROBRIDGE LITHOGRAPHING CO., Respondent, v. JOHNSTON et al., Appellants, (Supreme Court, Appellate Division, First Department. February 23, 1906.) Action by the Strobridge Lithographing Company against Robert E. Johnston and another. R. Ballantine, for appellants. N. Cohen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

SUMMERWELL, Appellant, v. ROCHESTER HERALD CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 28, 1906.) Action by Edward K. Summerwell against the Rochester Herald Company. No opinion. Judgment and order affirmed, with costs.